

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUN 14  PM 4: 17

AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05 - 394__

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __5__ COPIES OF AO FORM 85.

__06/14/05__        __Danny P Randolph Jr__
(Date forms issued)    (Signature of Party or their Representative)

__DANNY P RANDOLPH JR.__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action