IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAINTERS DISTRICT COUNCIL No. 30 HEALTH and WELFARE FUND, and RICHARD G. WILDE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-360 |
| VISTA HEALTH PLAN, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-365 |
| ALLIED SERVICES DIVISION WELFARE FUND, on behalf of itself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 05-394 |

PENNSYLVANIA EMPLOYEES BENEFIT )
TRUST FUND, on behalf of itself and all others )
Similarly situated, )
  )
  )
Plaintiff, )
  )     Civil Action No. 05-390
  )
v. )
  )
ABBOTT LABORATORIES, )
FOURNIER INDUSTRIE ET SANTE; )
and LABORATORIES FOURNIER S.A., )
  )
Defendants. )
  )

DIANA KIM, on behalf of herself and others )
similarly situated, )
  )
Plaintiff, )
  )
v. )     Civil Action No. 05-426
  )
ABBOTT LABORATORIES, FOURNIER )
INDUSTRIE ET SANTE, and LABORATORIES )
FOURNIER, S.A. )
  )
Defendants. )

PHILADELPHIA FEDERATION OF )
TEACHERS HEALTH AND WELFARE FUND, )
on behalf of themselves and all others similarly )
situated, )
Plaintiff, )
  )     Civil Action No. 05-467
v. )
  )
ABBOTT LABORATORIES, FOURNIER )
INDUSTRIE ET SANTE, and )
LABORATOIRES FOURNIER, S.A., )
  )
Defendants. )
  )

CINDY CRONIN, on behalf of herself and all )
others similarly situated, )
)
                            Plaintiff, )
)         Civil Action No. 05-482
                v. )
)
ABBOTT LABORATORIES, FOURNIER )
INDUSTRIE ET SANTE, and )
LABORATOIRES FOURNIER, S.A., )
)
                     Defendants. )
_____)

CHARLES M. SHAIN and SANDRA KRONE )
on behalf of themselves and all other persons )
and entitles similarly situated, )
)
                     Plaintiffs, )
                v. )         Civil Action No. 05-475
)
ABBOTT LABORATORIES, FOURNIER )
INDUSTRIE ET SANTE, )
and LABORATORIES FOURNIER, S.A. )
)
                     Defendants. )
)
_____)

ELAINE M. PULLMAN, NEIL PERLMUTTER, )
HELENA PERLMUTTER, and LULA RAMSEY, )
on behalf of themselves and all others similarly )
situated, )
)
                Plaintiff, )         Civil Action No. 05-450
)
                v. )
)
ABBOTT LABORATORIES; )
FOURNIER INDUSTRIE ET SANTE; )
and LABORATORIES FOURNIER S.A., )
)
                     Defendants. )
_____)

LOCAL 28 SHEET METAL WORKERS, on )
behalf of itself and all others similarly situated, )
                                              )
                        Plaintiff, )
                                                )      Civil Action No. 05-516
               v. )
                                                  )
ABBOTT LABORATORIES; )
FOURNIER INDUSTRIE ET SANTE; )
and LABORATORIES FOURNIER S.A., )
                                                )
                   Defendants. )

## MOTION FOR ENTRY OF PRETRIAL ORDER NO. 1 REGARDING CONSOLIDATION OF INDIRECT PURCHASER CLASS ACTIONS AND COORDINATION OF INDIRECT PURCHASER CLASS ACTIONS WITH DIRECT PURCHASER ACTIONS AND DIRECT PURCHASER INDIVIDUAL ACTIONS

Plaintiffs in the above captioned actions ("Plaintiffs) hereby move for entry of proposed Case Management Order No.1, submitted herewith. Plaintiffs, indirect purchasers, have filed actions against Abbott Laboratories, Fournier Industrie et Sante, and Laboratoires Fournier, S.A., (collectively, "Defendants") in the this Court (Civil Action numbers 05-360, 05-365, 05-394, 05-390, 05-426, 05-467, 05-482, 05-475, 05-450, and 05-516, respectively). Plaintiffs seek to recover overcharge damages resulting from Defendants' alleged exclusion of competition from the fenofibrate market in violation of Section 2 of the Sherman Act, 15 U.S.C. § 2.

In order to promote judicial economy and avoid duplication, Plaintiffs move the Court to provide for the consolidation and/or coordination of these actions and any other class actions filed in or transferred into this District on behalf of direct purchasers, and for an organization of plaintiffs' counsel as set forth in Case Management Order No. 1.

Based upon the foregoing, Plaintiffs respectfully request that Case Management

Order No. 1 be entered.

Dated: July 26, 2005

Respectfully submitted,

*Robert K*

Pamela S. Tikellis (#2172)
Robert J. Kriner, Jr. (#2546)
A. Zachary Naylor (#4439)
Robert R. Davis (#4536)
One Rodney Square
P.O. Box 1035
Wilmington, DE 19899
Telephone: (302) 656-2500
Facsimile: (302) 656-9053

Patrick E. Cafferty
Bryan L. Clobes
Miller Faucher and Cafferty LLP
One Logan Square
18th & Cherry Streets, Suite 1700
Philadelphia, PA 19103
Phone: (215) 864-2800
Fax: (215) 864-2810

Bernard Persky
Christopher J. McDonald
Kellie C. Safar
Goodkind Labaton Rudoff
  & Sucharow LLP
100 Park Avenue
New York, NY 10017
Phone: (212) 907-0700
Fax: (212) 818-0477

Thomas M. Sobol
Hagens Berman Sobol Shapiro LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Phone: (617) 482-3700
Fax: (617) 482-3003
Jeffrey L. Kodroff
Theodore M. Lieverman
Simon B. Paris
Spector, Roseman & Kodroff, P.C.

1818 Market Street, Suite 2500
Philadelphia, PA 19103
Phone: (215) 496-0300
Fax: (215) 496-6611

Allen D. Black
Jeffrey S. Istvan
Fine, Kaplan & Black, R.P.C.
1845 Walnut Street
Philadelphia, PA 19103
Phone: (215) 567-6565

Marc H. Edelson
Edelson & Associates, LLC
45 W. Court Street
Doylestown, PA 18901
Phone: (215) 230-8043
Fax: (215) 230-8735

L. Kendall Satterfield
Richard M. Volin
Karen J. Marcus
Finkelstein, Thompson & Loughran
1050 30th Street, NW
Washington, DC 20007
Phone: (202) 337-8000
Fax: (202) 337-8090

Lester L. Levy
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600

*Attorneys for Plaintiffs*