IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ALLIED SERVICES DIVISION WELFARE FUND, and HECTOR VALDES, on behalf of themselves and all others similarly situated,<br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 05-394-KAJ |

### AFFIDAVIT OF NON-RESIDENT SERVICE

STATE OF DELAWARE　　　　:
　　　　　　　　　　　　　: ss.
COUNTY OF NEW CASTLE　　:

I, A. Zachary Naylor, being duly sworn, according to law, deposes and says:

1. He is an attorney admitted to practice before the bar of the Supreme Court of the State of Delaware.

2. He is an associate at the law firm of Chimicles & Tikellis LLP, attorneys for Plaintiffs in the above-captioned matters.

3. Service of process was made in Civil Action No. 05-394-KAJ pursuant to 10 Del. C. § 3104 on defendants Laboratories Fournier, S.A. and Fournier Industrie Et Sante by serving the Secretary of State of the State of Delaware, on June 16, 2005.

4. On June 27, 2005, I caused copies of the process served on the Secretary of State in Civil Action No. 05-394-KAJ to be mailed, by international registered mail, return receipt requested to defendant Laboratories Fournier, S.A., 42 Rue de Longvie, 21300 Chenove, France. A true and correct copy of the letter transmitting the Summons and Complaint is attached hereto as Exhibit "A."

5. On June 27, 2005, I caused copies of the process served on the Secretary of State in Civil Action No. 05-394-KAJ to be mailed, by international registered mail, return receipt requested to defendant Fournier Industrie Et Sante, 42 Rue de Longvie, 21300 Chenove, France. A true and correct copy of the letter transmitting the Summons and Complaint is attached hereto as Exhibit "B."

6. A true and correct copy of the original registered mail receipts obtained at the time of mailing are attached hereto as Exhibit "C."

7. A true and correct copy of the original signed and returned "pink cards" return receipts, received by the undersigned affiant on August 3, 2005 are attached hereto as Exhibit "D."

A. Zachary Naylor (#4439)

SWORN TO AND SUBSCRIBED before me this 10th day of August, 2005.

Catherine H. Emmett, Notary
State of Delaware
My Commission Expires 1/26/07

2