# Exhibit C

Registered No. RB858314441US

Date Stamp

| Reg. Fee | $7.50 | | |
|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | $1.75 |
| Postage | $14.50 | Restricted Delivery | $0.00 |
| Received by | | | |

To Be Completed By Post Office

WILMINGTON DE 19801
JUN
06/27/2005
USPS

Customer Must Declare Full Value $    $0.00

☐ With Postal Insurance
☑ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

**FROM**
Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
19801
WILMINGTON DE 19899

**TO**
LABORATORIES Fournier, S.A.
ATTENTION: General Counsel
4 ER Puce de Longvie
21300 Chenove FRANCE

To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed

PS Form 3806, Receipt for Registered Mail
May 2004 (7530-02-000-9051)

Copy 1 - Customer
(See Information on Reverse)

---

PS Form 3806, May 2004, (Customer Copy - Reverse)

**Declaration of Value:** *You must declare the full value of all Registered Mail™ articles at the time of mailing, whether you want to purchase insurance or not.*

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance by paying the appropriate fee. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the articles; (2) the cost of repairs; or (3) the value of the articles at the time of mailing. For additional information about insurance limits and coverage, see *Domestic Mail Manual* S010 and S911 at www.usps.com or ask your local postmaster.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* at any post office or at www.usps.com for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:**

Domestic - For complete or partial loss or damage present (1) this receipt; (2) the article, container, and packaging; and, (3) evidence to substantiate your claim. Please allow at least 30 days after filing to inquire about the status of your claim.

Claims for loss must be filed within 180 days of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately, but no later than 60 days from the date of mailing.

International - Claims for loss must be filed within six months of the date the article was mailed. Claims for damage and complete or partial loss of contents, must be filed immediately. The article, contents, and packaging must be presented to the destination post office.

| Registered No. | RB858314438US | Date Stamp |
|---|---|---|

| | Reg. Fee $ | $7.50 | | |
|---|---|---|---|---|
| To Be Completed By Post Office | Handling Charge $ | $0.00 | Return Receipt $ | $1.75 |
| | Postage $ | $14.50 | Restricted Delivery $ | $0.00 |
| | Received by | | | |

| | Customer Must Declare Full Value $ | With Postal Insurance |
|---|---|---|
| | $0.00 | ☑ Without Postal Insurance |

**To Be Completed By Customer (Please Print) All Entries Must Be In Ballpoint or Typed**

FROM: Chimicles + Tikellis LLP
ONE Rodney Square
P.O. Box 1035
Wilmington DE 19801

TO: Fournier Industrie ET SANTE
ATTENTION General Counsel
42 Rue de Longvic
21300 Chenove FRANCE

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
June 2002    (See Information on Reverse)

For delivery information, visit our website at *www.usps.com ®*

---

PS Form 3806, June 2002, (Customer Copy - Reverse)

Save this receipt for Registered Mail claims and inquiries

**Declaration of Value:** You must declare the full value of all Registered Mail articles at the time of mailing.

**With Postal Insurance:** You can purchase postal insurance against loss or damage by paying the appropriate fee.

**Without Postal Insurance:** You can also send an article by Registered Mail without purchasing postal insurance. No indemnity is paid for uninsured articles.

**Indemnity Coverage:**

Domestic - Indemnity coverage for domestic Registered Mail is limited to the lesser of (1) the declared value of the article at the time of mailing if lost or totally damaged, or (2) the cost of repairs. Ask your postmaster for additional information about insurance limits and coverage. See *Domestic Mail Manual* S010 and S911 for limitations of coverage.

International - Indemnity coverage for international Registered Mail is limited to the maximum set by the Convention of the Universal Postal Union. Ask your postmaster and see the *International Mail Manual* for limitations of coverage and individual country prohibitions and restrictions.

**How to File a Claim:** You must file domestic claims within one year of the date the article was mailed. International indemnity claims for loss must be filed within six months of the date the article was mailed. Make claims for complete or partial loss of contents, damage, or alleged rifling immediately. For complete or partial loss or damage present (1) this receipt, (2) the article, container, and packaging; and, (3) evidence to substantiate your claim.

Please allow three months after you file to inquire about the status of your claim.

# Exhibit D

| Item Description (Nature du l'envoi) | Registered Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (envoi à livraison attestée) | Express Mail International national |
|---|---|---|---|---|---|---|
| Insured Parcel (Colis avec valeur déclarée) | | Insured Value (Valeur déclarée) | | Article Number RB 858 314 438 US | | |
| Office of Mailing (Bureau de dépôt) | | | | Date of Posting (Date de dépôt) 06/27/05 | | |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
FOURNIER Industrie ET SANTE

Street and No. (Rue et No.)
42 Rue de Longue

Place and Country (Localité et pays)
21300 Chenove FRANCE

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur).

| The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date |
|---|---|
| Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau de destination) |

PS Form 2865, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE®**

**Return Receipt for International M**
(Registered, Insured, Recorded Delivery, Express Ma

Administration
des Postes des
États-Unis
d'Amérique

*Par Avion*

Return by the quickest route (air or surface mail), à découvert and postage free.

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

The sender completes and indicates the address for the return of this receipt.
(A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.)

Name or Firm (Nom ou raison sociale)
Chimicles + Tikellis LLP

Street and Number (Rue et no.)
ONE Rodney Square P.O. Box 1035

City, State, and ZIP + 4 (Localité et code postal)
WILMINGTON DE 19899

UNITED STATES OF AMERICA    États-Unis d'Amérique

PS Form **2865**, February 1997    *Avis de réception*    **CN07** (Old C5

| Item Description (Nature de l'envoi) | Registered Article (Envoi recommandé) | Letter (Lettre) | Printed Matter (Imprimé) | Other (Autre) | Recorded Delivery (Envoi à livraison attestée) | Express Mail International |
|---|---|---|---|---|---|---|

| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | Article Number |
|---|---|---|
| | | RB 858 314 441 US |

| Office of Mailing (Bureau de dépôt) | Date of Posting (Date de dépôt) |
|---|---|
| | 6/27/05 |

Addressee Name or Firm (Nom ou raison sociale du destinataire)
**Laboratories Fournier, S.A.**

Street and No. (Rue et No.)
**42 Rue de Longvie**

Place and Country (Localité et pays)
**21300 Chenove France**

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination. This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à l'expéditeur.)

| ☐ The article mentioned above was duly delivered. (L'envoi mentionné ci-dessus a été dûment livré.) | Date |
|---|---|

| Signature of Addressee (Signature du destinataire) | Office of Destination Employee Signature (Signature de l'agent du bureau du destination) |
|---|---|

PS Form **2865**, February 1997 (Reverse)

---

**UNITED STATES POSTAL SERVICE** ®

**Return Receipt for International Mail**
(Registered, Insured, Recorded Delivery, Express Mail)

Administration des Postes des Etats-Unis d'Amérique

*Par Avion*

Postmark of the office returning this receipt (Timbre du bureau renvoyant l'avis)

| Return by the quickest route (air or surface mail), à découvert and postage free. | The sender completes and indicates the address for the return of this receipt. (A remplir par l'expéditeur, qui indiquera son adresse pour le renvoi du présent avis.) |
|---|---|

Name or Firm (Nom ou raison sociale)
**Chimicles + Tikellis LLP**

A renvoyer par la voie la plus rapide (aérienne ou de surface), à découvert et en franchise de port.

Street and Number (Rue et no.)
**ONE RODNEY SQUARE P.O. Box 1035**

City, State, and ZIP + 4 (Localité et code postal)
**WILMINGTON DE 19899**

UNITED STATES OF AMERICA — États-Unis d'Amérique

PS Form **2865**, February 1997   *Avis de réception*   **CN07** (Old C5